**FILED**
January 24, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　　Plaintiff,　　　　　 )<br>v.　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>JOHN G. POLAND,　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　Defendant.　　　　　 ) | Case No. 2:13-MJ-00019-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOHN G. POLAND</u>, Case No. <u>2:13-MJ-00019-DAD</u>, Charge <u>Title 18 USC § 1512</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　　___ Release on Personal Recognizance

　　　　✔ Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

　　　　　　✔ Unsecured Appearance Bond

　　　　　　___ Appearance Bond with 10% Deposit

　　　　　　___ Appearance Bond with Surety

　　　　　　___ Corporate Surety Bail Bond

　　　　　　✔ (Other)     <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 24, 2013</u> at <u>4:00</u> pm.

　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　Dale A. Drozd
　　　　　　　　　　　　　　　　United States Magistrate Judge