AO 442 (Rev. 10/95) Warrant for Arrest  69698-097

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

—oOo—

UNITED STATES OF AMERICA

v.

JOHN (AKA JOHNNY) G. POLAND
dob 7/19/1968

**WARRANT FOR ARREST**

Case No.
2:13 - MJ - 19 — DAD

*Approved AUSA Michelle Rodriguez 1/17/2013*

RECEIVED
UNITED STATES MARSHAL
2013 JAN 22 AM 10:09
EASTERN DISTRICT
OF CALIFORNIA

9111171

YOU ARE HEREBY COMMANDED to arrest JOHN (AKA JOHNNY) G. POLAND, 7/19/68,

and bring him forthwith to the nearest magistrate to answer a

__ Indictment   __ Information   _x_ Complaint   __ Order of court   __ Violation Notice

charging that he did (brief description of offenses)
Count 1, on 6/29/11, violate 18 USC 1512(b)(2)(B) for corruptly persuading a person (C1) to alter, destroy or conceal an object's integrity or availability for use in an official proceeding, and attempting to do so;
Count 2, between 10/18/11 through 11/21/11, violate 18 USC 1512(b)(2)(B) for corruptly persuading a person (C1) to alter, destroy or conceal an object's integrity or availability for use in an official proceeding, and attempting to do so;
Count 3, between 10/18/11 through 11/21/11, violate 18 USC 1512(b)(1) for corruptly persuading another person (C1) with the intent to influence the testimony of any person in an official proceeding, and attempting to do so;
Count 4, between 11/29/11 through 12/20/11, violate 18 USC 1512(b)(2)(B) for corruptly persuading a person (Victim 1) to alter, destroy or conceal an object's integrity or availability for use in an official proceeding, and attempting to do so; and
Count 5, between 11/29/11 through 12/20/11, violate 18 USC 1512(b)(1) for corruptly persuading another person (Victim 1) with the intent to influence the testimony of any person in an official proceeding, and attempting to do so;

each in violation of Title _18_ United States Code section 1512

DALE A. DROZD
Name of Issuing Officer

*Dale A. Drozd*
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

17,
JANUARY ^ 2013 --- Sacramento, CA
Date and Location

Bail fixed at   $ no bail pending hearing by   DALE A DROZD
U.S. Magistrate Judge

Name of Judicial Officer

**FILED**

JAN 25 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at S. Lake Tahoe, CA | | |
| DATE RECEIVED<br>1/22/2013<br><br>DATE OF ARREST<br>1/23/2013 | NAME AND TITLE OF ARRESTING OFFICER<br><br>SA Chris Campion<br>FBI | SIGNATURE OF ARRESTING OFFICER<br><br>[signature] |